```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
SHANNONJON C. BENTON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-313-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | VACATE COURT TRIAL AND TO SET |
| v. ) | HEARING ON MOTION TO SUPPRESS |
| ) | EVIDENCE AND BRIEFING SCHEDULE |
| SHANNONJON C. BENTON, ) | |
| ) | Judge: Hon. Gregory G. Hollows |
| Defendant. ) | Date:  October 22, 2008 |
| _____ ) | Time:  10:00 a.m. |

  The United States of America, through S. ROBERT TICE-RASKIN, Assistant United States Attorney, together with defendant, SHANNONJON C. BENTON, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to vacate the court trial set for October 22, 2008, at 10:00 a.m., and set this case for hearing defendant's motion to suppress evidence on November 10, 2008, at 9:00 a.m.

  The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through November 10, 2008, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code

STIPULATION AND PROPOSED ORDER          1                    08-313-GGH

T4].  The parties further stipulate that the Court should exclude time through November 10, 2008, for pretrial motions.  18 U.S.C. § 3161(h)(1)(F) [Local Code E].

The parties stipulate to the following briefing schedule:

Defendant's Motion due . . . . . . . . . . . . . . October 13, 2008

Government's Response due . . . . . . . . . . . October 27, 2008

Defendant's Reply due . . . . . . . . . . . . . November 3, 2008

Motion Hearing . . . . . . . . . . November 10, 2008, at 9:00 a.m.

The parties agree that the Court may set the court trial following the motion hearing.

Dated: September 30, 2008          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Staff Attorney/Misdemeanor Unit

Dated: October 1, 2008             McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ S. Robert Tice-Raskin
                                   _____
                                   S. ROBERT TICE-RASKIN
                                   Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: 10/03/08                    /s/ Gregory G. Hollows
                                   HON. GREGORY G. HOLLOWS
                                   United States Magistrate Court
benton.ord

STIPULATION AND PROPOSED ORDER          2                    08-313-GGH