MCGREGOR SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
RICHARD SHOEMAKER-MOYLE
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 08-313-GGH |
| Plaintiff, | Stipulation and Order to Continue Briefing Schedule and to Continue Hearing |
| v. | |
| SHANNONJON C. BENTON, | Date: November 10, 2008 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

  It is hereby stipulated and agreed between the United States and the defendant Shannonjon C. Benton, by and through her undersigned counsel, that the Government's Opposition to Defendant's Motion to Suppress Evidence that is currently due October 27, 2008, may be filed instead by November 24, 2008, and that defendant's reply, if any, may be filed on December 8, 2008, and the hearing may be continued from November 10, 2008, to January 12, 2009, at 2:00 p.m.

  The reason for the continuance is the need to further investigate the events surrounding the citation involved in this case.  Further, the supervising Assistant United States Attorney for this matter will not be in the district for the first half of November.

///

The parties agree that time may continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F), from the date the defense filed the motion, October 14, 2008, through the date of its resolution.

DATED: October 21, 2008.   MCGREGOR SCOTT
United States Attorney

By: /s/ Richard Shoemaker-Moyle
RICHARD SHOEMAKER-MOYLE
Certified Law Clerk

/s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
[Read and Approved per L.R. 83-141]

DATED: October 21, 2008.   DANIEL J. BRODERICK
Federal Defender

By: /s/ Michael Petrik, Jr.
MICHAEL PETRIK, JR.
Staff Attorney/Misdemeanor Unit
Attorney for Defendant

ORDER

IT IS SO ORDERED.

DATED: 10/23/08   /s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

benton.eot