```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SHANNONJON C. BENTON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SHANNONJON C. BENTON,<br><br>           Defendant.<br>_____ | Nos. 08-313-GGH; 09-337 WBS<br><br>STIPULATION AND ORDER TO VACATE<br>CONVICTION AND REFUND FINE AND<br>SPECIAL ASSESSMENT<br><br>Judge: Hon. Gregory G. Hollows |

The United States of America, by Jared Dolan, Assistant United States Attorney, together with defendant, Shannonjon C. Benton, by counsel, Michael Petrik, Jr., stipulate that the Court should vacate the conviction entered in No. 08-313 GGH, and affirmed by the district court in No. 09-337 WBS.

The parties agree that the Ninth Circuit issued a memorandum opinion that ordered reversal of the denial of Ms. Benton's motion to suppress evidence. The parties also agree that the Ninth Circuit remanded for entry of an order that grants the motion to suppress. On January 25, 2011, the Ninth Circuit issued the mandate.

/ / /

/ / /

STIPULATION AND PROPOSED ORDER         1           08-313-GGH; 09-337 WBS

1 | Given the present posture of this case, the parties agree that the
2 | Court should grant Ms. Benton's motion to suppress evidence, vacate her
3 | conviction, and dismiss the case.  The parties also agree that the Clerk
4 | Of The Court should refund to Ms. Benton the $90 fine, and $10 special
5 | assessment, imposed as penalty for the conviction.

Dated: March 7, 2011                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

Dated: March 7, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jared Dolan
                                        _____
                                        JARED DOLAN
                                        Assistant U.S. Attorney

**O R D E R**

For the reasons stated above, the Court grants Ms. Benton's motion to suppress evidence, vacates her conviction, and dismisses this case. The Court orders the $90 fine, and $10 special assessment, refunded to Ms. Benton.

Dated: March 8, 2011
                                        /s/   Gregory G. Hollows
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Court

STIPULATION AND PROPOSED ORDER            2            08-313-GGH; 09-337 WBS